| | |
|---|---|
| CLAIRE H. PRIMROSE, )<br>       Plaintiff, )<br>) <br>V. )<br>)<br>CASTLE BRANCH, INC., )<br>       Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:14-cv-235-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the defendant's motion for summary judgment [D.E. 34] is GRANTED. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on January 3, 2017, and Copies To:**

| | |
|---|---|
| Claire H. Primrose | (Sent to 1805 S. Live Oak Pkwy. Wilmington, NC 28403 via US Mail) |
| Gary J. Rickner | (via CM/ECF electronic notification) |
| Caroline Batchelor McLean | (via CM/ECF electronic notification) |

DATE:  
January 3, 2017

JULIE RICHARDS JOHNSTON, CLERK  
(By) /s/ Nicole Briggeman  
Deputy Clerk